## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   JOEL W. JACKSON

**CASE NUMBER: 17-12140**

### MOTION TO VOLUNTARILY CONVERT
### CASE FROM CHAPTER 13 TO CHAPTER 7

**COMES NOW,** Joel W. Jackson,  Debtor herein, by and through his attorney of record,

C. Gaines Baker, and files this his Motion to Voluntarily Convert Case from Chapter 13, to

Chapter 7 and for cause of action would state unto the Court the following, to-wit:

1.  Debtor filed his voluntary Chapter 13 Bankruptcy Petition on June 9, 2017.  A

Chapter 13 §341a Meeting of Creditors has been held, however plan has not been confirmed.

2.  Debtor would state he is desirous of voluntarily converting his Chapter 13 case to a

Chapter 7 case.

**WHEREFORE, PREMISES CONSIDERED,** your Movant prays that the Clerk of this

Court receive this his Motion to Voluntarily Convert Case from Chapter 13 to Chapter 7 and that

upon the Court's consideration hereof enter an Order converting his case from Chapter 13 to

Chapter 7.

Debtor prays for general relief.

JOEL W. JACKSON

/s/ C. Gaines Baker
**C. GAINES BAKER, MBN: 8643**

**LAW OFFICE OF C. GAINES BAKER**
136 Public Square
C.G. Baker Building, Suite One
Batesville, MS  38606
(662) 563-9385