CM/ECF ocnv7f13
(Rev. 12/19/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Joel W. Jackson | ) | Case No.: 17–12140–JDW |
| Debtor(s) | ) | Chapter: 7 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

### ORDER CONVERTING A CHAPTER 13 CASE TO A CHAPTER 7 CASE

    IT IS ORDERED that the above captioned bankruptcy case is hereby converted from 11 U.S.C. Chapter 13 to 11 U.S.C. Chapter 7. A master address list (in matrix form) containing the name and address of each unpaid post–petition creditor, together with a separate schedule of unpaid debts incurred post–petition, shall be filed by the debtor(s) within 14 days following the entry of this order; and the debtor(s) shall furnish copies to the Chapter 7 Trustee and the U.S. Trustee. Within the time limits prescribed thereunder, the debtor(s) shall file all statements and schedules required by Fed. R. Bankr. P. 1007 and 1019, if not already filed, and shall furnish copies to the Chapter 7 Trustee and the U.S. Trustee. The Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate in the possession or control of the Chapter 13 Trustee, and the Chapter 13 Trustee shall furnish the U.S. Trustee and file with the Clerk of this Court a final report and account within 30 days following the entry of this order.

Dated and Entered: 9/25/17

                                                  Jason D. Woodard
                                                  Judge, U.S. Bankruptcy Court